**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jamila Johnson
Promise of Justice Initiative
1024 Elysian Fields Ave.
New Orleans LA 70117

Hardell Ward
Promise of Justice Initiative
1024 Elysian Fields Ave.
New Orleans LA 70117

Madeleine Vidger
Promise of Justice Initiative
1024 Elysian Fields Ave.
New Orleans La 70117

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 9, 2022

**REHEARING ACTION: March 9, 2022**

**Docket Number: 21   00461-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DAVID A. NELSON**

**Writ Application from Calcasieu Parish Case No. 34884-09**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Van H. Kyzar**
**Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David A. Nelson** has this day been

**DENIED.**

cc: Hon. Stephen C. Dwight, Counsel for the Applicant
    John E. Turner, Counsel for the Applicant